# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, <br><br> Defendant. | Civil Action No. 20-3662 (RCL) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: March 30, 2021

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ April Denise Seabrook*
APRIL DENISE SEABROOK
Assistant United States Attorney
D.C. Bar No. 993730
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525 (telephone)
(202) 252-2590 (facsimile)
April.Seabrook@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

*/s/ Eric R. Bolinder*
Eric R. Bolinder
D.C. Bar No. 1028335
Ryan P. Mulvey
D.C. Bar No. 1024362

AMERICANS FOR PROSPERITY
FOUNDATION
1310 N. Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 329-3324
ebolinder@afphq.org
rmulvey@afphq.org

*Counsel for Plaintiff*